# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Bankr. Case No. 23-11069 (CTG) |
| Debtors. | |
| WILLIAM G. COUGHLEN, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | |
| v. | Adv. Proc. No. 23-50761 (CTG) |
| YELLOW CORPORATION, YRC INC. (d/b/a YRC FREIGHT), USF HOLLAND LLC, NEW PENN MOTOR EXPRESS LLC, YELLOW LOGISTICS, INC. and USF REDDAWAY INC., | |
| Defendants. | |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk: 824 Market Street, 3rd Floor
Wilmington, DE 19801

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

16411403/1

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**MORRIS JAMES LLP**
Eric J. Monzo, Esq.
Brya M. Keilson, Esq.
Tara C. Pakrouh, Esq.
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
E-mail: emonzo@morrisjames.com
E-mail: bkeilson@morrisjames.com
E-mail: tapkrouh@morrisjames.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

  Address:  United States Bankruptcy Court
        for the District of Delaware
        824 Market Street
        3rd Floor, Courtroom No. 7
        Wilmington, Delaware 19801

  Date and Time: TBD

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy
Court for the District
of Delaware**
Dated: January 17, 2024

*/s/ Una O'Boyle*
Clerk of the Bankruptcy Court