**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |
| WILLIAM G. COUGHLEN, individually and on behalf of all others similarly situated, | Adv. Pro. No. 23-50761 (CTG) |
| Plaintiffs, | |
| v. | |
| YELLOW CORPORATION; USF REDDAWAY INC.; 1105481 ONTARIO INC.; YELLOW FREIGHT CORPORATION; EXPRESS LANE SERVICE, INC.; YELLOW LOGISTICS, INC.; NEW PENN MOTOR EXPRESS LLC; YRC ASSOCIATION SOLUTIONS, INC.; ROADWAY EXPRESS INTERNATIONAL, INC.; YRC ENTERPRISE SERVICES, INC.; ROADWAY LLC; YRC FREIGHT CANADA COMPANY; ROADWAY NEXT DAY CORPORATION; YRC INC.; USF BESTWAY INC.; YRC INTERNATIONAL INVESTMENTS, INC.; USF DUGAN INC.; YRC LOGISTICS INC.; USF HOLLAND INTERNATIONAL SALES CORPORATION; YRC LOGISTICS SERVICES, INC.; USF HOLLAND LLC; YRC MORTGAGES, LLC; USF REDSTAR LLC AND YRC REGIONAL TRANSPORTATION, INC. LOW CORPORATION, YRC INC. (d/b/a YRC FREIGHT), USF HOLLAND LLC, NEW PENN MOTOR EXPRESS LLC, and USF REDDAWAY INC., | |
| Defendants. | |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

4867-0802-2955.1 96859.001

### ORDER APPROVING STIPULATION RELATING TO THE
### APPOINTMENT OF CO-LEAD INTERIM COUNSEL MOTION

Upon the *Certification of Counsel Submitting Order Approving Stipulation Relating to the Interim Counsel Motion* (the "Certification of Counsel") and the *Stipulation Relating to the Appointment of Co-Lead Interim Counsel Motion* (the "Stipulation"),[2] attached hereto as **Exhibit 1**, by and among Yellow Corporation, USF Reddaway Inc., 1105481 Ontario Inc., Yellow Freight Corporation, Express Lane Service, Inc., Yellow Logistics, Inc., New Penn Motor Express LLC, YRC Association Solutions, Inc., Roadway Express International, Inc., YRC Enterprise Services, Inc., Roadway LLC, YRC Freight Canada Company, Roadway Next Day Corporation, YRC Inc., USF Bestway Inc., YRC International Investments, Inc., USF Dugan Inc., YRC Logistics Inc., USF Holland International Sales Corporation, YRC Logistics Services, Inc., USF Holland LLC; YRC Mortgages, LLC; USF Redstar LLC, YRC Regional Transportation, Inc., Low Corporation, YRC Inc. (d/b/a YRC Freight), USF Holland LLC, New Penn Motor Express LLC, and USF Reddaway Inc. ("Defendants," and together with Plaintiffs, the "Parties"); and William G. Coughlen, Ian A. Jimenzez, Brian Dodderer, Eric Larson, and Robert Krolczyk on behalf of themselves and all others similarly situated ("Plaintiffs"); and the district court having jurisdiction under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that venue of this proceeding and the Stipulation in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having reviewed the Stipulation; and after due deliberation and sufficient cause appearing therefor;

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Stipulation.

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved.

2. The Parties are authorized to take all actions necessary to effectuate the relief granted in this Order and to consummate the Stipulation.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

**Dated: March 5th, 2024**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**