# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |
| WILLIAM G. COUGHLEN, *et al.*, | Adv. Pro. No. 23-50761 (CTG) |
| Plaintiffs, | |
| v. | |
| YELLOW CORPORATION, *et al.* | |
| Defendants. | **Ref. Docket No. 84** |

## CERTIFICATE OF SERVICE

I, ANGELA CHACHOFF, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 2, 2024, I caused to be served the "Debtors' Opposition to Plaintiffs' Motion for Partial Summary Judgment," dated September 27, 2024, *related to Case No. 23-50761*, [Docket No. 84], by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

/s/ Angela Chachoff
Angela Chachoff

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

**EXHIBIT A**

Yellow Corporation, *et al.*, Case No. 23-11069 (CTG)
Electronic Mail Service List

| **Email Address** |
| --- |
| emonzo@morrisjames.com |
| bkeilson@morrisjames.com |
| tapkrouh@morrisjames.com |
| philiphearn@yahoo.com |
| cass.hearnlaw@gmail.com |