# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered) |
| JEFF MOORE, ELIZABETH BROOKE MOORE, and VIDAL TORRES on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br>   v.<br><br>YELLOW CORPORATION, *et al.*,<br><br>                Defendants. | Adv. Pro. No. 23-50457 (CTG) |
| WILLIAM G. COUGHLEN, *et al.*,<br><br>                Plaintiffs,<br>   v.<br><br>YELLOW CORPORATION, *et al.*,<br><br>                Defendants. | Adv. Pro. No. 23-50761 (CTG)<br><br><br><br><br><br>**Ref. Docket No. 137** |

## CERTIFICATE OF SERVICE

I, TIFFANY TAVERAS, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

2. On November 27, 2024, I caused to be served the "Certification of Counsel Submitting Order Approving Stipulation Relating to the WARN Claims and Proceedings Trial Date," dated November 27, 2024 [Docket No. 137], by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

                                                                       */s/ Tiffany Taveras*
                                                                        Tiffany Taveras

**EXHIBIT A**

YELLOW CORPORATION, *et al.,* Case No. 23-11069 (CTG)
Electronic Mail Counsel Service List

| NAME | LAW FIRM | EMAIL ADDRESS |
|---|---|---|
| RYAN E. CARREON | MORRIS JAMES LLP | rcarreon@morrisjames.com |
| CHRISTOPHER M. DONNELLY | MORRIS JAMES LLP | cdonnelly@morrisjames.com |
| PHILIP C. HEARN | HEARN LAW FIRM, PLLC | philiphearn@yahoo.com |
| BRYA MICHELE KEILSON | MORRIS JAMES LLP | bkeilson@morrisjames.com |
| ERIC J. MONZO | MORRIS JAMES LLP | emonzo@morrisjames.com |
| TARA C. PAKROUH | MORRIS JAMES LLP | tpakrouh@morrisjames.com |