IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG) |
| WILLIAM G. COUGHLEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YELLOW CORPORATION, YRC INC. (d/b/a YRC FREIGHT), USF HOLLAND LLC, NEW PENN MOTOR EXPRESS LLC, YELLOW LOGISTICS, INC. and USF REDDAWAY INC.,<br><br>Defendants. | Adv. Proc. No. 23-50761 (CTG) |

**CERTIFICATION OF COUNSEL SUBMITTING
THE COUGHLEN PLAINTIFFS' CONTRIBUTIONS TO PRETRIAL ORDER
RELATING TO WARN CLAIMS AND PROCEEDINGS**

The undersigned counsel hereby certifies as follows:

1. On April 26, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), the International Brotherhood of Teamsters, the Teamsters National Freight Industry Negotiating Committee and the International Association of Machinists and Aerospace Workers (collectively, the "Unions"), the plaintiffs in Adversary Proceeding No. 23-

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

17132742/1

50457 (the "Moore Plaintiffs"), and the plaintiffs in Adversary Proceeding No. 23-50761 (the "Coughlen Plaintiffs"), and together with the Debtors, the Unions, and the Moore Plaintiffs, the "Parties") agreed to a scheduling order and the Debtors filed the *Certification of Counsel Submitting Scheduling Order Regarding WARN Claim Objections* [Bankr. ECF No. 3180; Adv. Pro. No. 23-50457, ECF No. 52; Adv. Pro. No. 23-50761, ECF No. 21] in the above-captioned proceedings, attaching thereto a proposed scheduling order. On April 26, 2024, the Court entered the scheduling order [Bankr. ECF No. 3186; Adv. Pro. No. 23-50457, ECF No. 56; Adv. Pro. No. 23-50761, ECF No. 22] (the "Scheduling Order") for the approximately 1,300 proofs of claim and two above-captioned adversary proceedings alleging theories under state and federal WARN acts that have been filed in these chapter 11 cases (together, the "WARN Claims and Proceedings").

2. On August 16, 2024, the Court entered the *Order Approving Stipulation Relating to the WARN Claims and Proceedings Scheduling Order* (the "Amended Scheduling Order", and together with the Scheduling Order, the "Scheduling Orders") [Bankr. ECF No. 4109; Adv. Pro. No. 23-50457, ECF No. 91; Adv. Pro. No. 23-50761, ECF No. 59].

3. On December 27, 2024, the Court entered the *Order Relating to the WARN Claims and Proceedings Pretrial Deadlines* [Bankr. ECF No. 5280; Adv. Pro No. 23-50457, ECF No. 183; Adv. Pro No. 23-50761, ECF No. 145 (the "Pretrial Scheduling Order").

4. Pursuant to the Pretrial Scheduling Order, the Parties have exchanged the following:

      a. Witness Lists for Trial and objections thereto
      b. Exhibit Lists for Trial and objections thereto
      c. Deposition Designations and objections thereto
      d. Counter deposition designations and objections thereto
      e. Contributions to a Joint Pretrial Order

5. Additionally, the Parties met and conferred on January 8, 2025 and January 10, 2025 concerning the contents of a Joint Pretrial Order. An additional meet and confer is presently scheduled for January 15, 2025 at 10:00 a.m. eastern, prior to the Pretrial Conference on January 16, 2025 at 1:30 p.m. eastern.

6. The Parties conferred on a proposed form of joint pretrial order ("PTO") but have been unable to agree on the form of joint PTO. Thus, the Parties have agreed to submit competing proposed PTOs for the Court's consideration.

7. The Coughlen Plaintiffs shared their sections of the joint PTO with counsel on January 13, 2025 consistent with the Pretrial Scheduling Order, but hereby file their sections of the joint PTO for the benefit of the Court.

8. The Coughlen Plaintiffs are attaching as **Exhibit A**, the Coughlen Plaintiffs' Contributions to Pretrial Order and as **Exhibit B**, the Plaintiffs' Witness List, Exhibit List, and Deposition Designations.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: January 14, 2025 | **MORRIS JAMES LLP** |
| | */s/ Cortlan S. Hitch* |
| | Eric J. Monzo (DE Bar No. 5214) |
| | Brya M. Keilson (DE Bar No. 4643) |
| | Tara C. Pakrouh (DE Bar No. 6192) |
| | Cortlan S. Hitch (DE Bar No. 6720) |
| | Ryan E. Carreon (DE Bar No. 7035) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 888-6800 |
| | E-mail: emonzo@morrisjames.com |
| | bkeilson@morrisjames.com |
| | tapkrouh@morrisjames.com |
| | chitch@morrisjames.com |
| | rcarreon@morrisjames.com |
| OF COUNSEL: | |
| Philip C. Hearn, Esq. (MSB # 9366) | |
| HEARN LAW FIRM, PLLC | |
| Post Office Box 5009 | |
| Jackson, MS 39296 | |
| Telephone: 662-766-7777 | |
| E-mail: philip@hearnlawfirm.net | |
| | *Counsel to Coughlen Plaintiffs* |

17132742/1