# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>     Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered) |
| JEFF MOORE, ELIZABETH BROOKE MOORE, and VIDAL TORRES on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br> v.<br><br>YELLOW CORPORATION, *et al.,*<br><br>     Defendants. | Adv. Pro. No. 23-50457 (CTG) |
| WILLIAM G. COUGHLEN, *et al.,*<br><br>     Plaintiffs,<br> v.<br><br>YELLOW CORPORATION, *et al.,*<br><br>     Defendants. | Adv. Pro. No. 23-50761 (CTG)<br><br>**Ref. Docket No. 169** |

# CERTIFICATE OF SERVICE

I, AMY HENAULT, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

2. On January 17, 2025, I caused to be served the "Amended Notice of Agenda for Hearing Scheduled on January 21, 2025 at 9:30 a.m. (Prevailing Eastern Time) Before the Honorable Craig T. Goldblatt at the United States Bankruptcy Court for the District of Delaware, Located at 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801," dated January 16, 2025 [Docket No. 169], by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

*/s/ Amy Henault*
Amy Henault

**EXHIBIT A**

Yellow Corporation, *et al.*, Case No. 23-11069 (CTG)
Electronic Mail Service List

| NAME | LAW FIRM | EMAIL |
|---|---|---|
| RYAN E. CARREON | MORRIS JAMES LLP | rcarreon@morrisjames.com |
| CHRISTOPHER M. DONNELLY | MORRIS JAMES LLP | cdonnelly@morrisjames.com |
| PHILIP C. HEARN | HEARN LAW FIRM, PLLC | philiphearn@yahoo.com |
| BRYA MICHELE KEILSON | MORRIS JAMES LLP | bkeilson@morrisjames.com |
| ERIC J. MONZO | MORRIS JAMES LLP | emonzo@morrisjames.com |
| TARA C. PAKROUH | MORRIS JAMES LLP | tpakrouh@morrisjames.com |