IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) ) ) | Case No. 23-11069 (CTG) |
| Debtors. | ) ) ) ) | (Jointly Administered)<br>**Re: Docket No. 5824** |
| WILLIAM G. COUGHLEN, individually and on behalf of all others similarly situated,, | ) ) ) ) ) | Adv. Pro. No. 23-50761 (CTG) |
| Plaintiffs,<br>v. | ) ) ) ) | **Re: Docket No. 189** |
| YELLOW CORPORATION, et al., | ) ) ) | |
| Defendants. | ) ) | |

**ORDER (I) APPROVING A SETTLEMENT
PURSUANT TO FED. R. BANKR. P. 9019 AND (II) GRANTING RELATED RELIEF**

The Court has considered the Joint Motion[2] [Adv. Docket No. 189] of Plaintiffs William G. Coughlen, Ian A. Jimenzesz, Brian Dodderer, Eric Larson, and Robert Krolczyk (collectively, the "Plaintiffs"), individually and on behalf of the individuals identified in Exhibit 1 of Settlement Agreement, together with the above-captioned debtors and debtors in possession (collectively, the "Debtors" or "Defendants") and together with Plaintiffs, the "Parties"), by and through their respective counsel for an order approving the proposed Settlement and Release Agreement (the "Settlement Agreement"). The Court finds:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Joint Motion or Settlement Agreement, as appropriate.

A.      All Coughlen Parties and the Debtors are bound by this Order and the terms of the Settlement Agreement;

B.      The Settlement Agreement was negotiated at arm's-length and in good faith, is fair equitable, and in the best interests of the Parties; and

C.      Other good and sufficient cause exists for granting the relief requested in the Joint Motion.

THEREFORE, IT IS HEREBY ORDERED THAT:

1.      The Settlement Agreement is **APPROVED**, as set forth herein.

2.      The Debtors are authorized and directed to implement the terms of the Settlement Agreement and make the payment required thereunder and in accordance with the Settlement Agreement.

3.      Upon entry of this Order and payment of the Settlement Payment in accordance with the Settlement Agreement, the Released Claims shall be deemed waived disallowed, and released in their entirety, rendering any contrary provision of the Plan moot which concerns retained causes of action against any of the Coughlen Parties.

4.      The Administrator shall be solely responsible for administering and distributing the Settlement Payment to the Coughlen Parties, in its sole discretion and any and all claims relating thereto shall be directed to the Administrator.

5.      Upon entry of this Order and payment of the Settlement Payment in accordance with the Settlement Agreement, the Debtors and the claims agent appointed in these Chapter 11 Cases are each authorized and directed to make such revisions to the Debtors' schedules of assets and liabilities and/or the claims register maintained in these cases as are necessary to reflect the relief granted in this Order including, but not limited to, disallowing the Released Claims pursuant to the terms of the Settlement Agreement.

3

6. Upon entry of this Order and upon payment of the Settlement Payment in accordance with the Settlement Agreement, the WARN Action is deemed dismissed. This Court shall retain exclusive jurisdiction, even after the closing of these Chapter 11 Cases, with respect to all matters arising from or related to the implementation of the Settlement Agreement and this Order.

**Dated: March 24th, 2025**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**