## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 5903** |

### ORDER SHORTENING NOTICE OF DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING THAT CERTAIN LEASE TERMINATION AGREEMENT WITH NATMI LPF BLOOMINGTON, LP; (II) AUTHORIZING AND APPROVING THE TERMS AND PROVISIONS, INCLUDING THE TERMINATION OF THE LEASE, THEREUNDER; AND (III) GRANTING RELATED RELIEF

Upon the motion (the "Motion to Shorten")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") (i) shortening notice of the *Debtors' Motion for Entry of an Order (I) Approving that Certain Lease Termination Agreement with NATMI LPF Bloomington LP; (II) Authorizing and Approving the Terms and Provisions, Including the Termination of the Lease, Thereunder; and (III) Granting Related Relief* (the "Motion"), setting the hearing to consider the relief requested in the Motion for **March 26, 2025 at 10:00 a.m. (prevailing Eastern Time)**, setting the objection deadline to the relief requested in the Motion as **March 25, 2025 at 4:00 p.m. (prevailing Eastern Time)**, and (ii) granting related relief, all as more fully set forth in the Motion to Shorten; and upon the

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2]    Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion to Shorten.

Motion; and upon the *Declaration of Cody Leung Kaldenberg In Support of Debtors' Motion for Entry of an Order (I) Approving that Certain Lease Termination Agreement with NATMI LPF Bloomington LP; (II) Authorizing and Approving the Terms and Provisions, Including the Termination of the Lease, Thereunder; and (III) Granting Related Relief* (the "<u>Kaldenberg Declaration</u>"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion to Shorten is in the best interest of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion to Shorten was appropriate and no other or further notice need be provided; and this Court having reviewed the Motion to Shorten; and this Court having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.    The Motion to Shorten is granted as set forth herein.

2.    The Hearing to consider the Motion and the relief requested therein shall be held on **March 26, 2025 at 10:00 a.m. (prevailing Eastern Time)**.

3.    Responses or objections to the relief requested in the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the District of Delaware, and shall be filed with the Court no later than **March 25, 2025 at 4:00 p.m. (prevailing Eastern Time)** (the "<u>Objection Deadline</u>").

4.      All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

5.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion to Shorten.

6.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

**Dated: March 19th, 2025**
**Wilmington, Delaware**