# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | )  | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF FILING OF FIRST AMENDED PLAN SUPPLEMENT

**PLEASE TAKE NOTICE THAT** on November 22, 2024, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order [Docket No. 5024] (the "Disclosure Statement Order") (a) authorizing Yellow Corporation and its affiliated debtors and debtors in possession (collectively, the "Debtors") to solicit votes on the *Second Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 5028] (as may be altered, amended, modified, or supplemented from time to time, the "Debtors' Second Amended Plan");[2] (b) approving the *Second Amended Disclosure Statement for the Second Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 5027] (as may be amended, supplemented, or modified from time to time, the "Debtors' Disclosure Statement") as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving the solicitation materials and documents to be included in the solicitation packages; and (d) approving procedures for soliciting, receiving, and tabulating votes on the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** as contemplated by the Debtors' Second Amended Plan and the Disclosure Statement Order, the Debtors filed the Plan Supplement with the Bankruptcy Court on February 3, 2025 [Docket No. 5599]. In accordance with the terms of the Debtors' Second Amended Plan, the Plan Supplement remained subject to continued negotiations and modifications.

**PLEASE TAKE FURTHER NOTICE THAT,** on March 28, 2025, the Debtors and the Official Committee of Unsecured Creditors (the "Committee" and, together with the Debtors, the "Plan Proponents") filed the *Third Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of the Unsecured Creditors* [Docket No. 5995] (as may be altered, amended, modified, or supplemented from time to time, the "Plan") and the *Third Amended Disclosure Statement For the Third Amended Joint Chapter 11 Plan of Yellow Corporation and*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Plan, Disclosure Statement, or Disclosure Statement Order, as applicable.

*Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of the Unsecured Creditors* [Docket No. 5996] (the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE THAT** the Plan Proponents hereby file this amendment to the Plan Supplement (the "First Amended Plan Supplement") in support of the Plan. The First Amended Plan Supplement includes the following documents: (a) the Electing J&S Holder Schedule and (b) the J&S Holder Opt-In Schedule.

**PLEASE TAKE FURTHER NOTICE** that these documents remain subject to continuing negotiations in accordance with the terms of the Plan and the final versions may contain material differences from the versions filed herewith. To the extent material amendments or modifications are made to any of these documents in accordance with the terms of the Plan, the Plan Proponents will file a redline version with the Bankruptcy Court prior to the hearing to consider confirmation of the Plan.

**PLEASE TAKE FURTHER NOTICE** that the First Amended Plan Supplement is integral to, part of, and incorporated by reference into the Plan. Please note, however, these documents have not yet been approved by the Bankruptcy Court. If the Plan is confirmed, the documents contained in the Plan Supplement (including any amendments, modifications, or supplements thereto) will be approved by the Bankruptcy Court pursuant to the order confirming the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** the hearing at which the Bankruptcy Court will consider Confirmation of the Plan will commence on **May 19, 2025 at [●] prevailing Eastern Time (or such other date as set by the Bankruptcy Court)**, before the Honorable Craig T. Goldblatt, in the United States Bankruptcy Court for the District of Delaware, located at 824 North Market St., Third Floor, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline for filing objections to confirmation of the Plan is **May 9, 2025, at 4:00 p.m., prevailing Eastern Time** (the "Plan Objection Deadline"). Any such objections ***must***: (a) be in writing; (b) conform to the Bankruptcy Code, Bankruptcy Rules, the Local Rules, and any orders of the Bankruptcy Court; (c) state, with particularity, the basis and nature of any objection to the Plan and, if practicable, a proposed modification to the Plan that would resolve such objection; and (d) be filed with the Bankruptcy Court (contemporaneously with a proof of service) and served upon the following notice parties so as to be ***actually received*** on or before the Plan Objection Deadline:

| *Debtors* |
|---|
| **Yellow Corporation**<br>11500 Outlook Street, Suite 400<br>Overland Park, Kansas 66211.<br>Attention: Yellow Legal<br>legal@myyellow.com |

| *Counsel for the Debtors* | *Counsel for the Debtors* |
|---|---|
| **Kirkland & Ellis LLP**<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>Attention: Patrick J. Nash Jr., P.C.<br>David Seligman, P.C.<br>Patrick.nash@kirkland.com<br>David.seligman@kirkland.com<br><br>-and-<br><br>**Kirkland & Ellis LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Attention: Allyson B. Smith<br>Allyson.smith@kirkland.com | **Pachulski Stang Ziehl & Jones LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19801<br>Attention: Laura Davis Jones, Timothy P. Cairns, Peter J. Keane, and Edward Corma<br>ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>pkeane@pszjlaw.com<br>ecorma@pszjlaw.com |
| *Counsel for the Committee* ||
| **Akin Gump Strauss Hauer & Feld LLP**<br>One Bryant Park<br>New York, NY 10036<br>Attention: Philip C. Dublin; Meredith A. Lahaie, and Kevin Zuzolo<br>pdublin@akingump.com<br>mlahaie@akingump.com<br>kzuzolo@akingump.com<br><br>and<br><br>**Benesch, Friedlander, Coplan, Aronoff LLP**<br>1313 North Market Street, Suite 1201<br>Wilmington, DE 19801<br>Attention: Jennifer R. Hoover, Kevin M. Capuzzi, and John C. Gentile<br>jhoover@beneschlaw.com<br>kcapuzzi@beneschlaw.com<br>jgentile@beneschlaw.com ||
| *United States Trustee* ||
| **Office of the United States Trustee**<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>Attention: Jane M. Leamy<br>Jane.M.Leamy@usdoj.gov ||

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to **obtain a copy of the Disclosure Statement, the Plan, or related documents at no additional cost**, you should contact Epiq Corporate Restructuring, LLC, the Debtors' claims and noticing agent in these Chapter 11 Cases (the "Claims and Noticing Agent"), by: (a) calling (866) 641-1076 (domestic) or +1 (503) 461-4134 (international); (b) writing to Yellow Corporation, et al., c/o Epiq Ballot Processing, 10300 SW Allen Boulevard, Beaverton, OR 97005; or (c) emailing YellowCorporationInfo@epiqglobal.com and referencing "Yellow" in the subject line. You may also obtain copies of any pleadings filed in these Chapter 11 Cases (a) for a fee via PACER at:

https://ecf.deb.uscourts.gov; or (b) at no charge by accessing the Debtors' restructuring website at https://dm.epiq11.com/YellowCorporation.

---

ARTICLE IX OF THE PLAN CONTAINS RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, AND **ARTICLE IX.C CONTAINS A THIRD-PARTY RELEAS**E.  THUS, YOU ARE ADVISED TO REVIEW AND CONSIDER THE PLAN CAREFULLY BECAUSE YOUR RIGHTS MIGHT BE AFFECTED THEREUNDER.

**THIS NOTICE IS BEING SENT TO YOU FOR INFORMATIONAL PURPOSES ONLY. IF YOU HAVE QUESTIONS WITH RESPECT TO YOUR RIGHTS UNDER THE PLAN OR ABOUT ANYTHING STATED HEREIN OR IF YOU WOULD LIKE TO OBTAIN ADDITIONAL INFORMATION, CONTACT THE CLAIMS AND NOTICING AGENT.**

---

Dated: March 28, 2025
Wilmington, Delaware

*/s/ Laura Davis Jones*
_____

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>Peter J. Keane (DE Bar No. 5503)<br>Edward Corma (DE Bar No. 6718)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19801<br>Telephone:  (302) 652-4100<br>Facsimile:  (302) 652-4400<br>Email:  ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>pkeane@pszjlaw.com<br>ecorma@pszjlaw.com | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*)<br>David Seligman, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>Telephone:  (312) 862-2000<br>Facsimile:  (312) 862-2200<br>Email:  patrick.nash@kirkland.com<br>david.seligman@kirkland.com<br><br>-and-<br><br>Allyson B. Smith (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile:  (212) 446-4900<br>Email:  allyson.smith@kirkland.com<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |
| Jennifer R. Hoover (DE No. 5111)<br>Kevin M. Capuzzi (DE No. 5462)<br>John C. Gentile (DE No. 6159)<br>**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**<br>1313 North Market Street, Suite 1201<br>Wilmington, DE 19801<br>Telephone: (302) 442-7010<br>Facsimile:  (302) 442-7012<br>E-mail:  jhoover@beneschlaw.com<br>kcapuzzi@beneschlaw.com<br>jgentile@beneschlaw.com | Philip C. Dublin (admitted pro hac vice)<br>Meredith A. Lahaie (admitted pro hac vice)<br>Kevin Zuzolo (admitted pro hac vice)<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>One Bryant Park<br>New York, NY 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>Email:  pdublin@akingump.com<br>mlahaie@akingump.com<br>kzuzolo@akingump.com<br><br>*Co-Counsel for the Official Committee<br>of Unsecured Creditors of Yellow Corporation,* et al. |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) ) | Case No. 23-11069 (CTG) |
| Debtors. | ) ) ) | (Jointly Administered) |

**PLAN SUPPLEMENT FOR THE THIRD AMENDED JOINT CHAPTER 11 PLAN OF YELLOW CORPORATION AND ITS DEBTOR AFFILIATES PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE PROPOSED BY THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

This Plan Supplement contains drafts of the following documents, each of which remains subject to ongoing review and negotiations pursuant to the terms of the *Third Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors*, [Docket No. 5995] (as may be amended, supplemented, or modified from time to time, the "Plan").[2]

| **Exhibit** | **Description** |
|---|---|
| A | Electing J&S Holder Schedule |
| B | J&S Holder Opt-In Schedule |

The Debtors and the Committee reserve all rights, with the consent of any applicable counterparties (to the extent required under the Plan), to amend, revise, or supplement all of the documents included herein as provided in the Plan.

---

[1] A complete list of each of the Debtors in the above-captioned chapter 11 cases (these "Chapter 11 Cases") may be obtained on the website of the Debtors' claims and noticing agent, Epiq Corporate Restructuring, LLC (the "Claims and Noticing Agent"), at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Plan.

Dated: March 28, 2025
Wilmington, Delaware

*/s/ Laura Davis Jones*
_____

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted *pro hac vice*) |
| Peter J. Keane (DE Bar No. 5503) | **KIRKLAND & ELLIS LLP** |
| Edward Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | 333 West Wolf Point Plaza |
| 919 North Market Street, 17th Floor | Chicago, Illinois 60654 |
| P.O. Box 8705 | Telephone:    (312) 862-2000 |
| Wilmington, Delaware 19801 | Facsimile:    (312) 862-2200 |
| Telephone:    (302) 652-4100 | Email:    patrick.nash@kirkland.com |
| Facsimile:    (302) 652-4400 |            david.seligman@kirkland.com |
| Email:    ljones@pszjlaw.com | |
|          tcairns@pszjlaw.com | |
|          pkeane@pszjlaw.com | |
|          ecorma@pszjlaw.com | -and- |
| | |
| | Allyson B. Smith (admitted *pro hac vice*) |
| | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone:    (212) 446-4800 |
| | Facsimile:    (212) 446-4900 |
| | Email:    allyson.smith@kirkland.com |
| | |
| | *Co-Counsel for the Debtors and Debtors in Possession* |
| | |
| Jennifer R. Hoover (DE No. 5111) | Philip C. Dublin (admitted pro hac vice) |
| Kevin M. Capuzzi (DE No. 5462) | Meredith A. Lahaie (admitted pro hac vice) |
| John C. Gentile (DE No. 6159) | Kevin Zuzolo (admitted pro hac vice) |
| **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| 1313 North Market Street, Suite 1201 | One Bryant Park |
| Wilmington, DE 19801 | New York, NY 10036 |
| Telephone: (302) 442-7010 | Telephone: (212) 872-1000 |
| Facsimile: (302) 442-7012 | Facsimile: (212) 872-1002 |
| E-mail:  jhoover@beneschlaw.com | Email:    pdublin@akingump.com |
|          kcapuzzi@beneschlaw.com |           mlahaie@akingump.com |
|          jgentile@beneschlaw.com |           kzuzolo@akingump.com |
| | |
| | *Co-Counsel for the Official Committee of Unsecured Creditors of Yellow Corporation,* et al. |

2

**Exhibit A**

**Electing J&S Holder Schedule**

**Class 5A Joint and Several General Unsecured Claims**

The following Class 5A Joint and Several General Unsecured Claims shall be Allowed and subject to turn over pursuant to the Plan Settlement.

|     | **Electing J&S Holder** | **Allowed Claim Amount** |
| --- | --- | --- |
| 1.  | Central States, Southeast and Southwest Areas Pension Fund (Withdrawal Liability Claim) | $1,038,000,000 |
| 2.  | Central States Southeast and Southwest Areas Pension Fund (Contribution Guarantee Claim) | $618,000,000 |
| 3.  | New York State Teamsters Conference Pension and Retirement Fund (Withdrawal Liability Claim) | $546,643,205 |
| 4.  | Trucking Employees of North Jersey Pension Fund (Withdrawal Liability Claim) | $3,239,422 |
| 5.  | Road Carriers Local 707 Pension Fund (Withdrawal Liability Claim) | $51,764,480 |
| 6.  | Management Labor Pension Fund Local 1730 (Withdrawal Liability Claim) | $54,210,914 |
| 7.  | Mid-Jersey Trucking Industry & Teamsters Local 701 Pension and Annuity Fund (Withdrawal Liability Claim) | $8,329,920 |
| 8.  | Teamsters Local 617 Pension Fund (Withdrawal Liability Claim) | $4,193,229 |
| 9.  | Freight Drivers and Helpers 557 Pension Fund (Withdrawal Liability Claim) | $10,131,299 |
| 10. | Pension Benefit Guaranty Corporation | $180,000,000 |
| 11. | New England Teamsters Pension Fund (Withdrawal Liability Claim) | $451,716,720 |
| 12. | Central Pennsylvania Teamsters (Withdrawal Liability Claim) | $98,952,700 |
| 13. | Teamsters Local 641 Pension Fund (Withdrawal Liability Claim) | $30,773,939 |
| 14. | Teamsters Joint Council No. 83 of Virginia Pension Fund (Withdrawal Liability Claim) | $10,261,805 |

| 15. | International Brotherhood of Teamsters Union No. Local 710 Pension Fund (Withdrawal Liability Claim) | $117,003,989 |
|---|---|---|
| 16. | Teamsters Pension Trust Fund of Philadelphia & Vicinity (Withdrawal Liability Claim) | $41,080,980 |
| 17. | IAM National Pension Fund (Withdrawal Liability Claim) | $29,989,281 |

## Other Allowed Claims Pursuant to the Plan Settlement

Pursuant to the Plan Settlement, the following Claims shall be Allowed Claims:

| Claimant | Debtor | Class of Claim | Allowed Amount |
|---|---|---|---|
| Central States Pension Fund | USF Holland LLC | Other Priority Claim | $3,186,920.71 |
| Central States Pension Fund | USF Holland LLC | Non-Joint and Several General Unsecured Claim | $249,384.01 |
| Central States Pension Fund | YRC Inc. | Other Priority Claim | $5,768,443.73 |
| Central States Pension Fund | YRC Inc. | Non-Joint and Several General Unsecured Claim | $1,191,887.48 |
| Central States Health & Welfare Fund | USF Holland LLC | Other Priority Claim | $13,823,856.64 |
| Central States Health & Welfare Fund | USF Holland LLC | Non-Joint and Several General Unsecured Claim | $109,138.66 |
| Central States Health & Welfare Fund | YRC Inc. | Other Priority Claim | $26,698,877.06 |
| Central States Health & Welfare Fund | YRC Inc. | Non-Joint and Several General Unsecured Claim | $481,691.52 |
| Central States Health & Welfare Fund | YRC Inc. | Other Priority Claim | $7,888,192.05 |
| Central States Health & Welfare Fund | USF Holland LLC | Other Priority Claim | $4,711,808.92 |
| New York State Teamsters Council Health and Hospital Fund | USF Holland LLC | Other Priority Claim | $124,225.99 |
| New York State Teamsters Council Health and Hospital Fund | YRC Inc. | Other Priority Claim | $605,076.80 |

| Claimant | Debtor | Class of Claim | Allowed Amount |
|---|---|---|---|
| New York State Teamsters Council Health and Hospital Fund | New Penn Motor Express LLC | Other Priority Claim | $299,109.44 |
| New York State Teamsters Conference Pension and Retirement Fund | USF Holland LLC | Other Priority Claim | $18,173.51 |
| Pension Benefit Guaranty Corporation | Yellow Corporation | Administrative Claim | $1,200,000 |
| Teamsters Local 617 Pension Fund | New Penn Motor Express LLC | Other Priority Claim | $352.88 |

## **Exhibit B**

4905-4193-9503.1 96859.001

**J&S Holder Opt-In Schedule**

|     | J&S Holder | Allowed Claim Amount |
| --- | --- | --- |
| 1.  | Western Conference of Teamsters Pension Trust | $175,710,695 |
| 2.  | Western Pennsylvania Teamsters and Employers Pension Fund | $132,571,796 |
| 3.  | Local 705 International Brotherhood of Teamsters Pension Fund | $17,830,282 |
| 4.  | International Association of Motor City Machinists Pension Fund | $10,512,500 |
| 5.  | International Association of Machinists & Aerospace Workers Pension Trust District No. 9 | $6,626,402 |
| 6.  | Automobile Mechanics' Local 701 Pension Fund | $[5,568,840][1] |
| 7.  | Western States Office and Professional Employees Pension Plan | $2,262,880 |
| 8.  | Teamsters Local 639 Employers Pension Trust | $2,210,350 |
| 9.  | Hagerstown Motor Carriers & Teamsters Pension Fund | $[1,829,118][2] |
| 10. | Local 805 Pension and Retirement Fund | $[1,735,326][3] |
| 11. | Suburban Teamsters Pension Withdrawal | $614,311 |
| 12. | Transportation Communications Union Pension Fund | $278,616 |
| 13. | Southwestern Pennsylvania & Western Maryland Area Teamsters & Employers Pension Fund | $242,246 |

---

[1] Subject to confirmation of 20-year cap amount.

[2] Subject to confirmation of 20-year cap amount.

[3] Subject to confirmation of 20-year cap amount.

4900-7368-5039.1 96859.001